# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER, | Case No.: 2:19-cv-00696-APG-NJK |
| Plaintiff | **Order for Joint Proposed Pretrial Order** |
| v. | |
| ARISTOCRAT TECHNOLOGIES, INC., | |
| Defendant | |

The scheduling order in this case required that the joint proposed pretrial order be filed by March 18, 2020. ECF No. 21 at 3. Nothing was filed by that date.

I THEREFORE ORDER the parties to file a joint proposed pretrial order by April 10, 2020.

DATED this 19th day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE