1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   KELSEY E. STEGALL, ESQ., Bar # 14279
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5  Email:       wkrincek@littler.com
   Email:       kstegall@littler.com

Attorneys for Defendant
ARISTOCRAT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL MILLER,

        Plaintiff,

vs.

ARISTOCRAT TECHNOLOGIES, INC.,

        Defendant.

Case No. 2:19-cv-00696-APG-NJK

**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**

      Defendant ARISTOCRAT TECHNOLOGIES, INC., and Plaintiff MICHAEL MILLER, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorney's fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: March 20, 2020

Respectfully submitted,

*/s/ Maurice B. VerStandig, Esq.*
Maurice B. VerStandig, Esq.
THE VERSTANDIG LAW FIRM, LLC

Attorney for Plaintiff
MICHAEL MILLER

Dated: March 20, 2020

Respectfully submitted,

WENDY KRINCEK, ESQ.
KELSEY STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ARISTOCRAT TECHNOLOGIES, INC.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 20, 2020.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.